genuine issue of whether or not Stoffers acted intentionally.[1]

I would reverse the decision of the trial court granting summary judgment.

Ronald G. **BRAULT**, Appellant,

v.

**STATE of Missouri**, Respondent.

No. WD 44083.

Missouri Court of Appeals,
Western District.

Dec. 31, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 3, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

1. As recited in the majority opinion, Officer Burton testified as follows in regard to his observation of the movement of the Stoffers car:

Q. And did you see the Chevrolet [Turner vehicle] before the collision?
A. Yes.
Q. Tell me what you saw it do.
A. Well, it was headed south, we were going north. We were in pursuit of this vehicle, being the red Datsun [Stoffers vehicle]. He [Stoffers] made an adjustment in steering so as to align his car up with the front of the other car. The other car, being the Chevrolet, reacted by slowing down and pulling closer to the shoulder of the road. When he did that, the driver of the Datsun made another adjustment so as to line up with the front of the vehicle, with the front of the oncoming car, and after that, the crash happened.
Q. You were able to observe the driver [Stoffers] make those adjustments?
A. Yes.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 (repealed) motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

J.B. **WINTERS**, Respondent,

v.

Betty L. **JENKINS**, Assessor for the County of Bates, Missouri and State Tax Commission of Missouri, Appellants.

No. WD 44818.

Missouri Court of Appeals,
Western District.

Jan. 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 3, 1992.

Q. You were able to see the upper part of his body as though he was turning the steering wheel?
A. Well, he had his hands on the steering wheel and you would see him purposely, in my judgment, of course for whatever that's worth, he had an adjustment to that end, yes.
Q. You saw him do that?
A. Yes.
[Objections by counsel].

.    .    .    .    .

Q. And you saw this driver turn once in the direction of the oncoming Chevrolet?
A. Correct.
Q. And then you saw the Chevrolet take what appeared to be evasive action?
A. Correct.
Q. Any (sic) you saw the driver of the Datsun realign the steering wheel so as to keep on a direct line with the Chevrolet?
A. Right.